UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Z PRODUCTIONS, INC.,
a Florida corporation,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-02329-JSM-EAJ

TEN PERCENT PRODUCTIONS, Limited
Partnership, a California limited partnership
and VILLAGE LIGHTHOUSE, INC.,
a California corporation,

    Defendants.
_____/

**PARTIAL FINAL JUDGMENT AFTER DEFAULT AGAINST
<u>DEFENDANT, TEN PERCENT PRODUCTIONS</u>**

**THIS CAUSE** having come before the Court upon the Plaintiff's Motion for Default Judgment, with due Notice having been provided, and with Defendant, Ten Percent Productions, having failed to file any document or make an appearance in the case, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Plaintiff, Z Productions, Inc. ("Z PRODUCTIONS"), Motion for Default Judgment [Doc. No. 14] is GRANTED; and it is further

**ORDERED AND ADJUDGED** that the Defendant, TEN PRECENT PRODUCTIONS, Limited Partnership, ("TEN PERCENT PRODUCTIONS"), is liable to Z PRODUCTIONS for the following: Unfair Competition, False Designation of Origin and False Descriptions under 15 U.S.C. § 1125(a); Dilution under Florida Statutes § 495.151; Unfair Competition under the Florida

1

Deceptive and Unfair Trade Practices Act, Fla. Stats. § 501.201, *et seq.*; and Unfair Competition under Florida Common Law. The Court reserves jurisdiction to determine the amount of damages owed by TEN PRECENT PRODUCTIONS to Z PRODUCTIONS; and it is further

**ORDERED AND ADJUDGED** that TEN PERCENT PRODUCTIONS is permanently enjoined from all current and future production, distribution, advertisement, marketing and sale of TEN PERCENT PRODUCTIONS' "All American Guys" calendars and all calendars entitled "All American Guys;" and it is further

**ORDERED AND ADJUDGED** that TEN PERCENT PRODUCTIONS is permanently enjoined from causing or directing any current and/or future production, distribution, advertisement, marketing and sale of TEN PERCENT PRODUCTIONS' "All American Guys" calendars and all calendars entitled "All American Guys;" and it is further

**ORDERED AND ADJUDGED** that TEN PRECENT PRODUCTIONS shall immediately contact the vendors who advertise or sell its "All American Guys" calendars and demand that all such advertisement and sales be stopped immediately; and it is further

**ORDERED AND ADJUDGED** that Z PRODUCTIONS is entitled to an award of taxable costs against TEN PERCENT PRODUCTIONS. The Court reserves jurisdiction to determine the amount of taxable costs to be awarded to Z PRODUCTIONS, which shall be determined at the time when the amount of damages is determined; and it is further

**ORDERED AND ADJUDGED** that the Court shall reserve jurisdiction in this action for one year to enter further Orders as are necessary and proper for the enforcement of this Partial Final Judgment.

**DONE AND ORDERED** at the United States Courthouse, Middle District of Florida, Tampa Division, in Hillsborough County, Florida, on this ___7___ day of January 2011.

_____
THE HONORABLE JAMES S. MOODY, JR.
U.S. DISTRICT COURT JUDGE

*Copies furnished to*:
Sockol & Associates, P.A.
325 Fifth Street South
St. Petersburg, FL 33701

Ten Percent Productions
1242 South Redondo Boulevard
Los Angeles, CA 90019

Miriam Richter, Attorney at Law, P.L.
600 South Andrews Avenue, Suite 406
Ft. Lauderdale, FL 33301

3