**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Z PRODUCTIONS, INC.,**

    **Plaintiff,**

**v.**                                                                  **Case No.  8:10-cv-2329-T-30EAJ**

**TEN PERCENT PRODUCTIONS**
**and VILLAGE LIGHTHOUSE, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Z Productions, Inc.'s Notice of Dropping its Claims for Damages Against Defendant Ten Percent Productions (Dkt. 29). On January 7, 2011, the Court entered a Partial Final Judgment after Default against Ten Percent Productions. A hearing to determine damages against Ten Percent has been scheduled for May 12, 2011. With this notice, Z Productions is dismissing any claims for damages against Ten Percent in relation to this action.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Z Productions, Inc.'s claims for damages against Defendant Ten Percent Productions is dismissed.

2. The Partial Final Judgment After Default Against Defendant Ten Percent Productions (Dkt. 21) is hereby deemed a Full Final Judgment against Defendant Ten Percent Productions only.[1]

3. The hearing scheduled for Thursday May 12, 2011, is CANCELLED.

**DONE** and **ORDERED** in Tampa, Florida on May 11, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2329.final j cancel hearing.frm

---

[1] Plaintiff's claims against Defendant Village Lighthouse, Inc. remain pending before the Court.